FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2017

JAMES W. McCORMACK, CLERK
By:_____
                     DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR00275 JLH |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2113(a) & (d) |
| RODNEY ADAM HURDSMAN | ) | 18 U.S.C. § 2 |
| STEPHANIE MICHELLE HURDSMAN | ) | 18 U.S.C. § 924(c) |
| ONEIDA DENISE SAYLOR | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 16, 2014, in the Eastern District of Arkansas, the defendants,

RODNEY HURDSMAN,
STEPHANIE HURDSMAN, and
ONEIDA DENISE SAYLOR

aiding and abetting each other, did take, by force and violence and by intimidation from the persons and presence of bank employees known to the Grand Jury, money, namely approximately $12,443.75 in United States currency belonging to and in the care, custody, control, management, and possession of the Malvern National Bank branch located at 1111 Military Road, Benton, Arkansas, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault and put in jeopardy the lives of said bank employees by the use of a dangerous weapon.

All in violation of Title 18, United States Code, Sections 2113(a) & (d) and 2.

## COUNT 2

On or about June 16, 2014, in the Eastern District of Arkansas, the defendants,

RODNEY HURDSMAN,
STEPHANIE HURDSMAN, and
ONEIDA DENISE SAYLOR

aiding and abetting each other, knowingly possessed a firearm in furtherance of a crime of violence for which they can be prosecuted in a court of the United States, to wit, bank robbery, in violation of Title 18 United States Code Sections 2113(a) and 2113(d).

All in violation of Title 18, United States Code, Sections 924(c) and 2.

## Forfeiture Allegation

Upon conviction of Count 1, the defendants, RODNEY HURDSMAN, STEPHANIE HURDSMAN, and ONEIDA DENISE SAYLOR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461, all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of Count 2, defendants, RODNEY HURDSMAN, STEPHANIE HURDSMAN, and ONEIDA DENISE SAYLOR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, all property involved in or used in the commission of the offenses.

[End of Text. Signature page attached.]