# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.  NO. 4:17CR00275 JLH

RODNEY ADAM HURDSMAN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Wise County Detention Center
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

    We command that you surrender the body of RODNEY ADAM HURDSMAN detained in the Wise County Detention Center, Decatur, Texas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on October 26, 2017 at 2:00 p.m., before the Honorable Judge Patricia S. Harris, and after the proceedings have been concluded, that you return RODNEY ADAM HURDSMAN to Wise County Detention Center under safe and secure conduct.

    IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 19 September 2017.

_____
UNITED STATES MAGISTRATE JUDGE