UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:17CR00275-01 JLH |
| | ) | |
| | ) | |
| RODNEY ADAM HURDSMAN | ) | DEFENDANT |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Rodney Hurdsman, by and through his attorney, Kim Driggers, and for his Motion for Continuance states as follows:

1. This case is set for trial on Monday, November 27, 2017, at 9:15 a.m.

2. Defense counsel has not received the discovery in this case, and will need additional time to review the evidence with Defendant, pursue pretrial matters, and if necessary prepare this case for trial.

3. Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

4. Defense counsel has contacted the Assistant United States Attorney, Ali Ahmad, and there is no opposition to Defendant's request that this case be continued.

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Rodney Hurdsman, respectfully requests that this Court grant his Motion for Continuance and for all other just and appropriate relief.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By: /s/ Kim Driggers
Bar Number 2005249
Kim Driggers
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: Kim_Driggers@fd.org

For: Rodney Hurdsman, Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2017, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Ali Ahmad
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: ali.ahmad@usdoj.gov

/s/ Kim Driggers
Kim Driggers