IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:17CR00275-01 JLH |
| | § | |
| RODNEY ADAM HURDSMAN | § | |

## MOTION TO INVOKE SELF REPRESENTATION

COMES NOW, RODNEY A. HURDSMAN, Defendant in the above-entitled and numbered cause, and now invokes his right to represent himself in this case pursuant to the Sixth Amendment to the United States Constitution, and further moves this Honorable Court to grant this motion, or hold a hearing on its merits.

Respectfully submitted,

*Rodney A. Hurdsman*

RODNEY A. HURDSMAN
Defendant Pro Se

By: *Rodney A. Hurdsman*

Rodney A. Hurdsman # 2170782
TDCJ - Polunsky Unit
3872 F.M. 350 South
Livingston, TX 77351