IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 26 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:17CR00275-01 JLH |
| | § | |
| RODNEY ADAM HURDSMAN | § | |

## MOTION TO SET HEARING AND ISSUE TRANSPORT ORDER

COMES NOW, RODNEY A. HURDSMAN, Defendant in the above-styled and numbered cause, and moves this Honorable Court to set a hearing on the Defendant's motion to represent himself, which he is entitled to pursuant to Faretta v. California, 422 U.S 806 (1975); Indiana v. Edwards, 554. U.S. 164 (2008); and Order the Defendant to be transported to that hearing by the U.S. Marshalls Service, in which his presence is required, as a matter of law. In support the Defendant would show as follows:

I.

The Defendant is currently incarcerated at the Polunsky Unit, of the Texas Department of Criminal Justice - Institutional Division (TDCJ-ID), located at 3872 F.M. 350 South, Livingston, Texas; and in the custody of T. Harris, the warden of the Polunsky

1.

Unit, and the Director of TDCJ-ID LORI DAVIS.

## II.

The Defendant has filed a motion to represent himself in this case, and the Court should hold a hearing pursuant to <u>Faretta</u> at its earliest convenience, as the Court has now set a tentative trial date of May 21, 2018; and the Defendant has the right to properly organize, prepare and direct his defence in this case, pursuant to <u>McKaskle v. Wiggins</u>, 465 U.S 168 (1984), once he has been granted his right to self representation.

WHEREFORE, premises considered, the Defendant requests that a hearing be scheduled at the Court's earliest date of convenience, and that the Defendant's presence before the Court be ordered, and all other just, proper and appropriate relief.

Respectfully submitted,

*Rodney A Hurdsman*

Rodney A. Hurdsman
Defendant Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:17CR00275-01 JLH |
| | § | |
| RODNEY ADAM HURDSMAN | § | |
| | § | |

## ORDER SETTING HEARING DATE

The Court, having read, and considered, the Defendant's Motion to set a hearing, upon his invocation of self representation in this case, hereby GRANTS said motion, and a hearing on the matter is scheduled for ___:___, ___M., on the ___ day of _____, 2018.

SO ORDERED this ___ day of _____, 2018.

_____
Honorable Leon Holmes
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §  CASE NO. 4:17CR00275-01 JLH |
| | § |
| RODNEY ADAM HURDSMAN | § |

## TRANSPORT ORDER

It appears to the Court that the presence of the Defendant, who is now in the custody of the Texas Department of Criminal Justice - Institutional Division (TDCJ-ID), is required in the above-named Court, on the _____ day of _____, 2018, for a hearing on his motion to represent himself in the abovesaid case before this Court.

Therefore, it is now ORDERED by the Court, that the warden of the TDCJ-ID Polunsky Unit, T. Harris, and the Director of TDCJ-ID, Lori Davis, is authorized and directed, with the assistance of the United States Marshalls Service, to produce Rodney A. Hurdsman, whose TDCJ-ID number is 2170782, on the abovesaid hearing date before this Court. When the proceedings in the above cause number come to a conclusion,

1.

and the presence of Mr. Hurdsman are no longer required, he shall be returned to the custody of TDCJ-ID, and its custodians

It is further ORDERED by the Court, that a copy of this Order signed by the Court, and the seal of the Clerk of the Court, shall be served upon the aforesaid individuals of TDCJ-ID, and the United States Marshalls Service, by the Clerk of this Court. And, this Order shall be, and constitutes, the sufficient authority for Warden T. Harris, Director Lori Davis and the United States Marshalls Service to act, and do any and all things which may be deemed necessary to carry-out the provisions of this Order into effect.

SO ORDERED, on this the _____ day of _____, 2018.

_____
Honorable Leon Holmes
U.S. District Court Judge

2.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Defendant's "Motion to Invoke Self Representation," and "Motion to Set Hearing and Issue Transport Order," has been sent to the United States Attorney for the Eastern District of Arkansas, U.S. Postal Service - First Class mail, in accordance with the Federal Rules of Criminal Procedure on this the 19TH day of March, 2018.

*Rodney A. Hurdsman*

RODNEY A. HURDSMAN