FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 30 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR00275 JLH |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 2113(a) & (d) |
| RODNEY ADAM HURDSMAN, | ) | 18 U.S.C. § 2 |
| STEPHANIE MICHELLE HURDSMAN, | ) | 18 U.S.C. § 924(c)(1)(A) |
| ONEIDA DENISE SAYLOR and | ) | |
| KENNETH LEE ULLEDAHL | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 16, 2014, in the Eastern District of Arkansas, the defendants,

RODNEY ADAM HURDSMAN,
STEPHANIE MICHELLE HURDSMAN, and
ONEIDA DENISE SAYLOR

aiding and abetting each other, did take, by force and violence and by intimidation from the persons and presence of bank employees, money, namely approximately $12,443.75 in United States currency, belonging to and in the care, custody, control, management, and possession of the Malvern National Bank branch located at 1111 Military Road, Benton, Arkansas, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault and put in jeopardy the lives of said bank employees by the use of a dangerous weapon.

All in violation of Title 18, United States Code, Sections 2113(a) & (d) and 2.

## COUNT 2

On or about June 16, 2014, in the Eastern District of Arkansas, the defendants,

RODNEY ADAM HURDSMAN,
STEPHANIE MICHELLE HURDSMAN, and
ONEIDA DENISE SAYLOR

aiding and abetting each other, knowingly possessed a firearm, which was brandished, in furtherance of a crime of violence for which they can be prosecuted in a court of the United States, to wit, bank robbery, in violation of Title 18, United States Code Sections 2113(a) and 2113(d).

All in violation of Title 18, United States Code, Section 924(c)(1)(A), and 2.

## COUNT 3

Between on or about March 10, 2014, and continuing until on or about September 25, 2014, in the Eastern District of Arkansas and elsewhere, the defendants,

RODNEY ADAM HURDSMAN,
STEPHANIE MICHELLE HURDSMAN,
ONEIDA DENISE SAYLOR, and
KENNETH LEE ULLEDAHL

knowingly, voluntarily and intentionally conspired with each other, and others, known and unknown to the Grand Jury, to take, by force and violence and intimidation from the persons and presence of bank employees, money, belonging to and in the care, custody, control, management, and possession of banks the deposits of which were then insured by the Federal Deposit Insurance Corporation, and credit unions the deposits of

which were insured by the National Credit Union Administration, in violation of Title 18, United States Code, Section 2113(a), and in furtherance of the conspiracy, one or more of the co-conspirators committed the following overt acts:

1. The Grand Jury hereby realleges Counts 1 – 2, as if set forth above, word for word;

2. On March 10, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Midfirst Bank branch located at 630 W. Main, Norman, Oklahoma;

3. On March 10, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Prosperity Bank branch located at 3501 W. Robinson, Norman, Oklahoma;

4. On March 17, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the First Merit Bank branch located at 700 W. North Avenue, Elmhurst, Illinois;

5. On March 17, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the First Merit Bank branch located at 5450 Wolf Road, Western Springs, Illinois;

6. On March 28, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the IBC Bank located at 1812 E. 15th Street, in Edmond, Oklahoma;

7. On April 1, 2014, one or more of the coconspirators attempted to take United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Citizens National Bank branch, located at 102 Harris Avenue, Red Oak, Texas;

8. On April 1, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the BBVA Compass Bank branch located at 3111 N. Galloway Avenue, Mesquite, Texas;

9. On May 23, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Key Bank branch located at 3607 South Tower Road, Aurora, Colorado;

10. On June 16, 2014, one or more of the coconspirators attempted to take without permission latex gloves from the K-mart store located at 10901 N. Rodney Parham Road, Little Rock, Arkansas;

11. On June 26, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Wells Fargo Bank branch located at 5606 Fishhawk Crossing

Boulevard, Lithia, Florida;

12. On July 15, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Regions Bank branch located at 101 W. Old Settlers Boulevard, Round Rock, Texas;

13. On August 28, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Credit Union of Colorado branch located at 19311 E. Plaza Drive, Parker, Colorado;

14. On August 29, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the TCF Bank branch located at 4330 N. Academy Boulevard, Colorado Springs, Colorado;  and,

15. On September 25, 2014, one or more of the coconspirators took United States currency by force and violence and by intimidation from the persons and presence of bank employees at the Regions Bank branch located at 101 W. Old Settlers Boulevard, Round Rock, Texas.

All in violation of Title 18, United States Code, Section 371.

### Forfeiture Allegation 1

Upon conviction of Count 1, the defendants, RODNEY ADAM HURDSMAN, STEPHANIE MICHELLE HURDSMAN, and ONEIDA DENISE SAYLOR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Forfeiture Allegation 2

Upon conviction of Count 2, defendants, RODNEY ADAM HURDSMAN, STEPHANIE MICHELLE HURDSMAN, and ONEIDA DENISE SAYLOR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all property involved in or used in the commission of the offenses.

### Forfeiture Allegation 3

Upon conviction of Count 3, the defendants, RODNEY ADAM HURDSMAN, STEPHANIE MICHELLE HURDSMAN, ONEIDA DENISE SAYLOR, and KENNETH LEE ULLEDAHL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

[End of Text.   Signature page attached.]