# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    NO. 4:17CR00275-01 JLH

RODNEY ADAM HURDSMAN                                                              DEFENDANT

## ORDER

Before the Court is the motion to withdraw as counsel and request for substitute CJA counsel for defendant Rodney Adam Hurdsman which has been filed by Assistant Federal Public Defender Kim Driggers. Good cause having been shown, the motion is GRANTED. Document #103.

IT IS THEREFORE ORDERED that CJA Panel Attorney J. Blake Hendrix is hereby appointed to represent defendant Rodney Adam Hurdsman in all further proceedings. Assistant Federal Public Defender Kim Driggers is relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 6th day of December, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE