IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:17CR00275-01-JLH |
| § | |
| RODNEY ADAM HURDSMAN, § | |
| Defendant. § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## NOTICE OF APPEAL

Notice is hereby given, that, RODNEY ADAM HURDSMAN, the Defendant in the above-styled and numbered cause, appeals the *Additional Supervised Release Terms* of his Sentence as entered in the Judgement in this case on the 24th day of September, 2019, to the United States Court of Appeals of the Sixth Circuit. The Defendant takes this appeal pursuant to Rules 3 & 4 of the Federal Rules of Appellate Procedure, and pursuant to the United States Constitution.

Respectfully submitted,

By: *Rodney A. Hurdsman*
RODNEY ADAM HURDSMAN
DEFENDANT

Rodney A. Hurdsman #26372-177
West Tennessee Detention Facility
6299 Finde Naifeh Jr., Drive
Mason, Tennessee 38049

-1-

Rodney A. Hurdsman #26372-177
West Tennessee Detention Facility
6299 Finde Naifeh Jr. Drive
Mason, Tennessee  38049

MEMPHIS TN 380

30 SEP 2019 PM 3 L



CRIM JLH

Clerk, U.S. District Court
U.S. Federal Courthouse
600 West Capitol Avenue, Suite A149
Little Rock, AR  72201-3325

LEGAL-MAIL

72201-339919