FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 4 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| V. | | 4:17CR00275-KGB-1 |
| RODNEY ADAM HURDSMAN | | |

### DEFENDANT'S REPLY TO THE UNITED STATES' RESPONSE TO THE DEFENDANT'S RULE 41(G) MOTION THAT MONEY SEIZED BY THE FBI BE RETURNED TO THE DEFENDANT OR APPLIED TOWARD HIS RESTITUTION

COMES NOW, Rodney Adam Hurdsman, "Defendant" in the above-entitled and numbered cause, and now files this reply to the "United States' Response to Defendant's Rule 41(g) Motion," respectfully showing the following unto this Honorable Court:

The United States Attorneys' response to the Defendant's motion attempts to confound the issue of whether $4,025.00 that was seized (unlawfully) from the Defendant upon his arrest pursuant to a warrant concerning the predicate charge of conviction must be applied toward his restitution or returned to him as a matter of law. The United States seeks to muddy the issue by spending the majority of its response alleging other bank robberies that the Defendant was never convicted of having committed, and by asserting various other claims which are nothing more than unsubstantiated conjecture. Additionally, they claim that the money was not seized unlawfully, which is an intentional misrepresentation of fact.

The Defendant and his wife, Stephanie Hurdsman, were arrested in Shreveport, Louisiana, after an FBI Task Force Officer intentionally circumvented the judicial process and used an "Exigent Circumstances Request Form" to have the cellular service provider AT&T "ping" the Defendant's cell-phone using satalite technology.

1

Law Enforcement then used that unlawfully obtained cell-site location information to locate the Defendant in the State of Louisiana and to effecuate his arrest.  Another FBI agent then removed the keys to the Defendant's vehicle from his person at the time of the arrest and removed the Defendant's vehicle from a private parking garage away from the place of arrest and illegally searched the vehicle, recovering the money taken from the vehicle.  That same FBI agent (Howard "Keith" White) then went to the Caddo Parish Jail and again without a warrant seized the money from the Defendant's person. It wasn't until several days later that law enforcement, including the case agent in this case, FBI Agent Michael Thompson, went to a Judge and obtained an actual search warrant (using illegally obtained information evidence) and purported to have then conducted a search of the vehicle.

    These facts remain: The Defendant was arrested on September 29, 2014, based on an arrest warrant concerning the bank robbery in Benton, Arkansas; the money in question was all seized on the date and in connection with that arrest; the Defendant spent 29-months in Wiiliamson County (Texas) concerning the alleged Round Rock bank robbery in which time the allegations concerning the money in question made by the United States Attorneys' was never proven and the case was ultimately dismissed in the Defendant's favor; the Defendant's "only" conviction in state or federal court concerning any of the bank robberies that the United States Attorneys' attempts to conflate in the issue, is that of the Benton, Arkansas, robbery that he was convicted of in this case.  Thus, as a matter of law the money at issue should be applied toward the Defendant's restutition or returned.

WHEREFORE, PREMISES CONSIDERED, for the foregoing reasons, and those stated in the Defendant's Rule 41(g) motion, and as a matter of law, the Defendant respectfully prays that the Defendant's motion be granted, and that the United States and its agents be ordered to return said funds to the Clerk of this Court to be applied toward the Defendant's restitution in this case or returned to him in the event that the restitution has been satisfied by the Defendant in the case.

Respectfully Submitted,

*Rodney A. Hurdsman*
Rodney A. Hurdsman
Defendant Pro-Se

Rodney A. Hurdsman #02170782
TDCJ - Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the United States Attorney's Office for the Eastern District of Arkansas, First Class U.S. Postal Service mail on this the 7th day of August, 2020.

*Rodney A. Hurdsman*
Rodney A. Hurdsman