FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 8 2022

TAMMY H. DOWNS, CLERK

By: _____
        DEP CLERK

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Eastern District of Arkansas | |
|---|---|---|---|
| Name (under which you were convicted): RODNEY ADAM HURDSMAN | | | Docket or Case No.: 4:17-CR-00275-JLH |
| Place of Confinement: Robertson Unit, TDCJ-CID 12071 F.M. 3522, Abilene, Texas  79601 | | Prisoner No.: | TDCJ #02170782 |
| UNITED STATES OF AMERICA | V. | Movant (include name under which convicted) RODNEY ADAM HURDSMAN | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United States District Court, for the Eastern District of Arkansas, 500 W. Capitol Avenue, Suite A-149, Little Rock, Arkansas 72201

   (b) Criminal docket or case number (if you know): 4:17-CR-00275-JLH

2. (a) Date of the judgment of conviction (if you know): September 24, 2019.
   (b) Date of sentencing: September 24, 2019.

3. Length of sentence: 71-Months

4. Nature of crime (all counts): 18 U.S.C. § 2113 - Aiding and abetting bank robbery.

5. (a) What was your plea?  (Check one)
   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? Plead guilty to one-count of a superseding indictment (count-1); counts 1 and 2 of the first indictment, and 2s and 3s of a superceding indictment were then dismissed.

6. If you went to trial, what kind of trial did you have? (Check one) NA.    Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?        Yes ☒        No ☐

9. If you did appeal, answer the following:

   (a) Name of court:   8th Circuit Federal Court of Appeals

   (b) Docket or case number (if you know):   19-3138

   (c) Result:   Court affirmed the sentence.

   (d) Date of result (if you know):   September 11, 2020.

   (e) Citation to the case (if you know):

   (f) Grounds raised:   Appealed a special condition of supervised release.

   (g) Did you file a petition for certiorari in the United States Supreme Court?        Yes ☐        No ☒

       If "Yes," answer the following:

       (1) Docket or case number (if you know):

       (2) Result:

       (3) Date of result (if you know):

       (4) Citation to the case (if you know):

       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

    Yes ☐        No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:          Yes ☐          No ☐

(2)   Second petition:          Yes ☐          No ☐

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** <u>PROSECUTORIAL VIOLATION AND INTERFERENCE WITH DEFENDANTS'</u>
<u>SIXTH AMENDMENT RIGHT TO COUNSEL UNDER THE U.S. CONSTITUTION.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In September of 2019, the Defendant was provided with a small batch of his pretrial jail phone calls. These jail calls were provided to the Defendant by the U.S. Attorneys whom prosecuted his case through his defense attorney. In May of 2021, the Defendant determined, with the assistence of outside sources, that some of the jail calls that he was provided were attorney-client privileged communications with attorneys whom represented him in pending criminal cases at that time. The U.S. Attorneys only provided the Defendant with a very small bank of the hundreds of jail calls he made during his 3-plus years of pre-trial incarceration. Defendant believes that the U.S. Attorneys are in possession of more attorney calls that of which discuss this case.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐      No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: The facts that make-up the ground for this motion were concealed from him by the U.S. Attorneys Office, and he only became aware of these fact in May 2021.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐      No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐      No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:  The facts needed to support this issue were not known to

the Defendant until May of 2021, and were concealed by the U.S.

Attorneys Office during the criminal proceedings.

_____

_____

**GROUND TWO:**  _____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  **Direct Appeal of Ground Three:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐     No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why:

_____
_____

(c)  **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐     No ☐

   (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3)  Did you receive a hearing on your motion, petition, or application?

      Yes ☐     No ☐

   (4)  Did you appeal from the denial of your motion, petition, or application?

      Yes ☐     No ☐

   (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13.    Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ground One has not previously been presented in any federal Court. The reason being, that the Defendant did not know until recently and after serious diligence, determined that the U.S. Attorneys Office and its officers, agents and attorneys, had in their possession and unlawfully obtained the Defendants private attorney-client phone calls and conversation between him and his attorneys during the pre-trial stage of this case. These facts were not known until May of 2021.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:  Kim Driggers, FPD Office Little Rock, and Blake Hendrix, Little Rock, Arkansas.

(b) At the arraignment and plea:   Kim Driggers, and Blake Hemdrix

(c) At the trial:  NA.

(d) At sentencing:  Blake Hendrix

(e) On appeal:  Blake Hendrix

(f) In any post-conviction proceeding:  NA.

(g) On appeal from any ruling against you in a post-conviction proceeding:   NA.

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed:  _____

(c) Give the length of the other sentence:  _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The 8th Circuit Court of Appeals issued the mandate in this case on
October 5, 2020, and normally the statute of limitations would expire
1-year from that date on October 6, 2021. However, the Defendant in
this case invokes the doctrine of equitable estoppel or tolling for
the following reasons: The Defendant after due diligence only became
aware of the predicate facts that support the ground he has brought
in this motion in May of 2021. Through his criminal defense attorney
in this case he was able to obtain a very small batch of his pretrial
jail phone calls that were in the possession of the U.S. Attorneys
that prosecuted his case. These jail calls were provided to him on
two (2) digital computer storage discs. However, after he was given
the discs he was unable to listen to the content as he was immediately
returned to the State of Texas and the Texas Department of Criminal
Justice (TDCJ) whom had primary custody of him because of a sentence
imposed prior to his federal sentence.  And once he was returned to
TDCJ by the U.S. Msarshals Service, they immediately confinscated
the digital storage discs as contraband. TDCJ does not allow by policy
inmates in their custody to possess any type or form of computer
media storgae devices and they do not provide any means for an inmate
to access such media by use of a computer without some type of Court
Order making them do so. Therefore, the discs were taken from the
Defendants possession when he arrived at a TDCJ facility in November
of 2019, and he had to make arrangements for family members to take
possession of them. He was not able to know the content until May 2021.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
   from the latest of –
       (1)   the date on which the judgment of conviction became final;
       (2)   the date on which the impediment to making a motion created by governmental action in violation of
       the Constitution or laws of the United States is removed, if the movant was prevented from making such a
       motion by such governmental action;
       (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
       been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
       review; or
       (4)   the date on which the facts supporting the claim or claims presented could have been discovered
       through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:   That the Court order any and all
other jail calls be turned over to the Defendant, that a evidentiary
hearing be ordered, and that the Defendant's sentence be reduced upon cause.
or any other relief to which movant may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on   March 25, 2022.                        .

(month, date, year)


Executed (signed) on   March 25, 2022.              (date)


_____

Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____