**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:17-cr-00275 KGB**

**RODNEY ADAM HURDSMAN** **DEFENDANT**

# JUDGMENT

Pursuant to the Order filed on this date and the Court's prior Orders, it is considered, ordered, and adjudged that the relief sought by defendant Rodney Adam Hurdsman in his *pro se* motion to reinstate lawsuit under F.R.C.P. (Dkt. No. 207) and his *pro se* motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Dkt. No. 208) is denied. The Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

It is so adjudged this 29th day of September, 2026.

Kristine G. Baker
Chief United States District Judge